### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SALLY A. HIGBEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No. CIV-06-712-F |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of the Social | ) |
| Security Administration, | ) |
| | ) |
| Defendant. | ) |

### ORDER

On June 25, 2007, United States Magistrate Judge Shon T. Erwin issued the Findings & Recommendation of Magistrate Judge, wherein he recommended that defendant's decision denying plaintiff's application for disability insurance benefits under 42 U.S.C. §§ 416(i) and 423 be reversed and remanded for further administrative proceedings. Magistrate Judge Erwin advised the parties of their right to object to the findings and recommendation within 20 days in accordance with 28 U.S.C. § 636 and LCvR 72.1.

To date, no objection to the findings and recommendation has been filed and no request for an extension of time to file an objection has been filed. With no objection being filed, the court accepts, adopts, and affirms the findings and recommendation as issued.

Accordingly, the Findings & Recommendation of Magistrate Judge issued by United States Magistrate Judge Shon T. Erwin on June 25, 2007 (doc. no. 18) is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**. The decision of defendant, Michael

J. Astrue, Commissioner of the Social Security Administration, denying plaintiff, Sally A. Higbee's application for disability insurance benefits under 42 U.S.C. §§ 416(i) and 423, is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

DATED this 18th day of July, 2007.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

06-0712p002(pub).wpd